UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2015-1103

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Wells Fargo Bank, N.A.

FILED
JEANNE A. NAUGHTON, CLERK
JUL 27 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:

David Nunez-Leake
aka David M. Nunez-Leake
Mary Ann Nunez-Leake
aka Mary Ann Johnson

Case No.: 17-20956-RG

Hearing Date: 07/18/2018

Judge: Honorable Rosemary Gambardella

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

7-27-18            /s/ Rosemary Gambardella
                        USBJ

Debtor: David Nunez-Leake
aka David M. Nunez-Leake and Mary Ann Nunez-Leake
aka Mary Ann Johnson
Case No.: 17-20956-RG
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through June 1, 2018, in the sum of $32,337.88 which is itemized as follows:

| Qty | Item | Amount | (From - To) |   | Extended Amount |
|---|---|---|---|---|---|
| 4 | Payments @ | $2,582.11 | (07/01/2017 - 10/01/2017) | = | $10,328.44 |
| 8 | Payments @ | $2,751.18 | (11/01/2017 - 06/01/2018) | = | $22,009.44 |
|   | Arrears to Cure: |   |   | = | $32,337.88 |

2. Debtor(s) shall make an immediate payment of $16,000.00 towards the arrears set forth above.

3. Debtor(s) shall commence curing the balance of post-petition arrears in the amount of $16,337.88 by making payment of $2,722.98 in addition to debtor's regular monthly mortgage payment starting July 1, 2018 and continuing until December 1, 2018.

4. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

5. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.